IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TONY M. GLENN,

    Plaintiff,

v.

HEALTHCARE SERVICES GROUP, INC., and DOES 1–10, inclusive,

    Defendants.

No. C 11-06713 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

    The Court **CONTINUES** the case management conference to **OCTOBER 25, 2012, AT 11:00 A.M.** All deadlines are **EXTENDED** accordingly.

    **IT IS SO ORDERED.**

Dated: September 28, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE